No. 02–954. OFFICE OF INDEPENDENT COUNSEL v. FAVISH ET AL. C. A. 9th Cir. Certiorari granted.

No. 02–1060. ILLINOIS v. LIDSTER. Sup. Ct. Ill. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 02–956. A. T. MASSEY COAL CO., INC., ET AL. v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–980. CORE COMMUNICATIONS, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 02–995. BERWIND CORP. v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1044. MACHUCA GONZALEZ ET UX., INDIVIDUALLY AND AS HEIRS AND REPRESENTATIVES OF THE ESTATE OF MACHUCA LOPEZ, DECEASED v. DAIMLERCHRYSLER CORP., FKA CHRYSLER CORP., ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–1086. POWER ENGINEERING CO. ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–1107. UNITED STATES EX REL. BECKER v. WESTINGHOUSE SAVANNAH RIVER CO. C. A. 4th Cir. Certiorari denied.

No. 02–1111. MICHIGAN COMMUNITY SERVICES ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 02–1128. GRASSO ET AL. v. CITY OF NEW BEDFORD, MASSACHUSETTS, ET AL. App. Ct. Mass. Certiorari denied.